## United States Bankruptcy Court
### Northern District of Alabama

In re   **Gregory Keith Pate**                                              Case No.   **19-41782**
                              Debtor(s)                                     Chapter    **7**

## PAYMENT ADVICES COVER SHEET
## UNDER 11 U.S.C. § 521(a)(1)(B)(iv)

I, **Gregory Keith Pate** , declare under penalty of perjury that the foregoing is true and correct (CHECK ONE OF THESE BOXES):

☒   I have not been employed by any employer within the 60 days before the date of the filing of the petition.

☐   I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because

☐   I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.


Date  **November 6, 2019**            Signature   **/s/ Gregory Keith Pate**
                                                  **Gregory Keith Pate**
                                                  Debtor