**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**

| | | |
|---|---|---|
| IN RE: | } | |
| | } | |
| **GREGORY KEITH PATE,** | } | **Bankruptcy Case No.** |
| | } | **19-41782** |
| **Debtor.** | } | |

## DEBTOR'S FIRST AMENDMENT TO SCHEDULES AND STATEMENTS

Comes now the Debtor in the above styled Chapter 7 proceeding, and does amend his schedules and statements as follows:

1.    SCHEDULE E/F - CREDITORS HOLDING UNSECURED CLAIMS

    A.    Schedule E/F was amended to add the following additional unsecured nonpriority creditors:

| | | |
|---|---|---|
| Alabama Home Builders<br>Self Insurers Fund<br>c/o Mr. Zack Michael Azar<br>Attorney at Law<br>4276 Lomac Street<br>Montgomery, AL 36106 | 2018: Business debt<br>Insurance premium | $5,664.96 |
| Progressive Speciality Ins. Co.<br>c/o Credit Collection Services<br>725 Canton Street<br>Norwood, MA 02062 | 2018: Business<br>Insurance premium | $44.67 |
| AT&T Mobility<br>c/o Credence Resource Mgt.<br>6045 Atlantic Boulevard, Ste. 210<br>Norcross, GA 30071 | 2017: Business cell phone | $878.32 |

Attached hereto is a true and correct amended Schedule E/F reflecting the above amendments.

Dated: November 7, 2019

                                               */s/ Robert D. McWhorter, Jr.*
                                               Robert D. McWhorter, Jr.
                                               Attorney for Debtor

1

OF COUNSEL:
INZER, HANEY, McWHORTER, HANEY & SKELTON, LLC
Post Office Drawer 287
Gadsden, Alabama 35902
256-546-1656
Fax 256-546-1093
rdmcwhorter@bellsouth.net

The undersigned Debtor does declare under penalty of perjury that he has read the foregoing summary of amendments, and the amendments to schedules and statements referenced therein, and that they are true and correct to be best of their knowledge, information and belief.

Date: November 7, 2019          /s/ Gregory Keith Pate
                                Debtor

CERTIFICATE OF SERVICE

I hereby certify that on July 21, 2014 copies of the foregoing Amendment to Schedules and Statement, the amendments referenced therein, together with a copy of the Notice of the 341 Meeting of Creditors, was served on the Chapter 7 Trustee and each of the above named and identified creditors and parties in interest by placing said copies in the U.S. Mails, properly addressed, with sufficient postage affixed, First Class.

                                /s/ Robert D. McWhorter, Jr.
                                Robert D. McWhorter, Jr.
                                Attorney for Debtors

2

Fill in this information to identify your case:

Debtor 1    **Gregory Keith Pate**
First Name    Middle Name    Last Name

Debtor 2
(Spouse if, filing)    First Name    Middle Name    Last Name

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ALABAMA

Case number    19-41782
(if known)

☐ Check if this is an
amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

**Part 1:    List All of Your PRIORITY Unsecured Claims**

1.  **Do any creditors have priority unsecured claims against you?**

    ☐ No. Go to Part 2.

    ■ Yes.

2.  **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

    (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|
| **2.1** | **Alabama Dept of Revenue** | | | |

| | | | |
|---|---|---|---|
| **Alabama Dept of Revenue** | Last 4 digits of account number  **9054** | **$5,000.00** | **$5,000.00** | **$0.00** |
| Priority Creditor's Name | | | | |
| **50 North Ripley Street** | **When was the debt incurred?**  **Various** | | | |
| **Montgomery, AL 36132** | | | | |
| Number Street City State Zip Code | **As of the date you file, the claim is:** Check all that apply | | | |
| **Who incurred the debt?** Check one. | ☐ Contingent | | | |
| ■ Debtor 1 only | ☐ Unliquidated | | | |
| ☐ Debtor 2 only | ☐ Disputed | | | |
| ☐ Debtor 1 and Debtor 2 only | **Type of PRIORITY unsecured claim:** | | | |
| ☐ At least one of the debtors and another | ☐ Domestic support obligations | | | |
| ☐ Check if this claim is for a  community debt | ■ Taxes and certain other debts you owe the government | | | |
| **Is the claim subject to offset?** | ☐ Claims for death or personal injury while you were intoxicated | | | |
| ■ No | ☐ Other. Specify _____ | | | |
| ☐ Yes | **Income & withholding taxes** | | | |

Debtor 1  **Gregory Keith Pate**    Case number (if known)  **19-41782**

| 2.2 | **Internal Revenue Service** | Last 4 digits of account number  **9054** | **$30,000.00** | **$30,000.00** | **$0.00** |

Priority Creditor's Name
**Centralized Insolvency
Operations
P.O. Box 7346
Philadelphia, PA 19101-7346**
Number Street City State Zip Code

When was the debt incurred?  **Various**

As of the date you file, the claim is: Check all that apply

**Who incurred the debt? Check one.**

☐ Contingent

■ Debtor 1 only

☐ Unliquidated

☐ Debtor 2 only

☐ Disputed

☐ Debtor 1 and Debtor 2 only

**Type of PRIORITY unsecured claim:**

☐ At least one of the debtors and another

☐ Domestic support obligations

☐ Check if this claim is for a community debt

■ Taxes and certain other debts you owe the government

**Is the claim subject to offset?**

☐ Claims for death or personal injury while you were intoxicated

■ No

☐ Other. Specify _____

☐ Yes

**Income & withholding taxes**

---

| **Part 2:** | **List All of Your NONPRIORITY Unsecured Claims** |

3. Do any creditors have nonpriority unsecured claims against you?

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

■ Yes.

4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim. If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

**Total claim**

| 4.1 | **Alabama Home Builders Self Ins. Fund** | Last 4 digits of account number  **9054** | **$5,664.96** |

Nonpriority Creditor's Name
**c/o Mr. Zack Michael Azar
4276 Lomac Street
Montgomery, AL 36106**
Number Street City State Zip Code

When was the debt incurred?  **2018**

As of the date you file, the claim is: Check all that apply

**Who incurred the debt? Check one.**

☐ Contingent

■ Debtor 1 only

☐ Unliquidated

☐ Debtor 2 only

☐ Disputed

☐ Debtor 1 and Debtor 2 only

**Type of NONPRIORITY unsecured claim:**

☐ At least one of the debtors and another

☐ Student loans

☐ Check if this claim is for a community debt

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No

■ Other. Specify  **Insurance premium**

☐ Yes

---

| 4.2 | **American Wallzone** | Last 4 digits of account number | 9054 | | $15,855.00 |

Nonpriority Creditor's Name
**2520 Pelham Parkway**
**Pelham, AL 35124**
Number Street City State Zip Code

**When was the debt incurred?** 2015

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ Check if this claim is for a community debt

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Business vendor**

---

| 4.3 | **AT&T Mobility** | Last 4 digits of account number | 9054 | | $878.32 |

Nonpriority Creditor's Name
**c/o Credence Resource Mgt.**
**6045 Atlantic Bvd., Ste. 210**
**Norcross, GA 30071**
Number Street City State Zip Code

**When was the debt incurred?** 2017

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ Check if this claim is for a community debt

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Business cell phone service**

---

| 4.4 | **Capital Merchant Services** | Last 4 digits of account number | 9054 | | $43,770.00 |

Nonpriority Creditor's Name
**2 Rector Street**
**New York, NY 10006**
Number Street City State Zip Code

**When was the debt incurred?** 2017

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ Check if this claim is for a community debt

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Business loan**

| 4.5 | Credibly | Last 4 digits of account number | 9054 | $97,597.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**1250 Kirts Blvd.**
**Suite 100**
**Troy, MI 48084**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** 2018

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business loan**

---

| 4.6 | **Everest Business Funding** | Last 4 digits of account number | 9054 | $56,000.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**8200 NW 52nd Terrace**
**2nd Floor**
**Miami, FL 33166**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** 2018

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business loan**

---

| 4.7 | **Floors To Go** | Last 4 digits of account number | 9054 | $11,502.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**215 East H Street**
**Anniston, AL 36207**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** 2017

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business vendor**

---

Case 19-41782-JJR7   Doc 35   Filed 11/07/19   Entered 11/07/19 10:05:47   Desc Main
Document     Page 6 of 13

| 4.8 | **Fort McClellan Credit Union** | Last 4 digits of account number   9054 | $7,165.00 |

Nonpriority Creditor's Name
**1731 Noble Street**
**Anniston, AL 36201**
Number Street City State Zip Code

When was the debt incurred?   **Various**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a **community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

Is the claim subject to offset?

■ No
☐ Yes

■ Other. Specify   **Line of credit**

---

| 4.9 | **Forward Financing** | Last 4 digits of account number   9054 | $45,227.00 |

Nonpriority Creditor's Name
**36 Broomfield St.**
**2nd Floor**
**Boston, MA 02108**
Number Street City State Zip Code

When was the debt incurred?   **2018**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a **community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

Is the claim subject to offset?

■ No
☐ Yes

■ Other. Specify   **Business loan**

---

| 4.10 | **Howard Payne Co.** | Last 4 digits of account number   9054 | $27,695.00 |

Nonpriority Creditor's Name
**3600 American Drive**
**Atlanta, GA 30341**
Number Street City State Zip Code

When was the debt incurred?   **2014**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a **community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

Is the claim subject to offset?

■ No
☐ Yes

■ Other. Specify   **Business vendor**

---

| | | |
|---|---|---|
| **4.1 1** | **HPC Installation** | Last 4 digits of account number    9054    $2,000.00 |

**HPC Installation**
Nonpriority Creditor's Name
**3600 American Drive**
**Atlanta, GA 30341**
Number Street City State Zip Code

Who incurred the debt? Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

Last 4 digits of account number    9054    $2,000.00

When was the debt incurred?    2016

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Business vendor**

---

| | | |
|---|---|---|
| **4.1 2** | **Jacksonville Home Center** | Last 4 digits of account number    9054    $16,457.00 |

**Jacksonville Home Center**
Nonpriority Creditor's Name
**200 Coffee St. SW**
**Jacksonville, AL 36265**
Number Street City State Zip Code

Who incurred the debt? Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

Last 4 digits of account number    9054    $16,457.00

When was the debt incurred?    2017

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Business vendor**

---

| | | |
|---|---|---|
| **4.1 3** | **Kemp Flooring** | Last 4 digits of account number    9054    $8,569.00 |

**Kemp Flooring**
Nonpriority Creditor's Name
**825 Snow Street**
**Oxford, AL 36203**
Number Street City State Zip Code

Who incurred the debt? Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

Last 4 digits of account number    9054    $8,569.00

When was the debt incurred?    2016

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Business vendor**

| **4.1 4** | **Lighting Showroon** | Last 4 digits of account number   **9054** | **$2,175.00** |

Nonpriority Creditor's Name
**1700 S. Quintard Ave**
**Anniston, AL 36201**
Number Street City State Zip Code

When was the debt incurred?   **2017**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a  community debt

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business vendor**

---

| **4.1 5** | **MediCredit, Inc.** | Last 4 digits of account number   **9054** | **$55,012.00** |

Nonpriority Creditor's Name
**13730 South Point Blvd.**
**Charlotte, NC 28273**
Number Street City State Zip Code

When was the debt incurred?   **2016**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a  community debt

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Helicopter ambulance bill**

---

| **4.1 6** | **Overhead Door Company** | Last 4 digits of account number   **9054** | **$1,362.00** |

Nonpriority Creditor's Name
**P.O. Box 1933**
**Anniston, AL 36206**
Number Street City State Zip Code

When was the debt incurred?   **2018**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a  community debt

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business vendor**

### 4.17 Oxford Lumber

**Nonpriority Creditor's Name**
P.O. Box 7158
Oxford, AL 36203
Number Street City State Zip Code

**Who incurred the debt? Check one.**
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**Last 4 digits of account number**   9054

**When was the debt incurred?**   Various

**As of the date you file, the claim is: Check all that apply**
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   Bsuiness vendor

**$193,727.00**

### 4.18 Pearl Capital

**Nonpriority Creditor's Name**
525 Washington Blvd
Jersey City, NJ 07310
Number Street City State Zip Code

**Who incurred the debt? Check one.**
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**Last 4 digits of account number**   9054

**When was the debt incurred?**   2017

**As of the date you file, the claim is: Check all that apply**
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   Business loan

**$42,744.00**

### 4.19 Progressive Speciality Ins. Co.

**Nonpriority Creditor's Name**
c/o Credit Collection Services
725 Canton Street
Norwood, MA 02062
Number Street City State Zip Code

**Who incurred the debt? Check one.**
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**Last 4 digits of account number**   9054

**When was the debt incurred?**   2018

**As of the date you file, the claim is: Check all that apply**
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   Business insurance premium

**$44.67**

| 4.2 0 | **RO Supply** | | Last 4 digits of account number | 9054 | $4,311.00 |

Nonpriority Creditor's Name
P.O. Box 2902
Anniston, AL 36202
Number Street City State Zip Code

When was the debt incurred?  2014

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

Is the claim subject to offset?

■ No
☐ Yes

■ Other. Specify  **Business vendor**

---

| 4.2 1 | **Sunbelt Rentals** | | Last 4 digits of account number | 9054 | $0.00 |

Nonpriority Creditor's Name
1450 Howell Mill Road NW
Atlanta, GA 30318
Number Street City State Zip Code

When was the debt incurred?  2016

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

Is the claim subject to offset?

■ No
☐ Yes

■ Other. Specify  **Business vendor**

---

| 4.2 2 | **Synchrony Bank** | | Last 4 digits of account number | 9054 | $7,828.00 |

Nonpriority Creditor's Name
P.O. Box 960061
Orlando, FL 32896
Number Street City State Zip Code

When was the debt incurred?  **Various**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

Is the claim subject to offset?

■ No
☐ Yes

■ Other. Specify  **Business credit card**

| 4.2 3 | **Unifirst** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**907 3rd Ave. N**
**Birmingham, AL 35203**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**   9054

**When was the debt incurred?**   2016

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business vendor**

**$2,790.00**

---

| 4.2 4 | **United Rentals** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**1214 Hamric Drive West**
**Oxford, AL 36203**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**   9054

**When was the debt incurred?**   2018

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business vendor**

**$8,004.00**

---

| 4.2 5 | **Wellborn Cabinets** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**P.O. Box 1210**
**Ashland, AL 36251**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**   9054

**When was the debt incurred?**   2015

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business vendor**

**$20,701.00**

---

**Part 3:   List Others to Be Notified About a Debt That You Already Listed**

6. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

Name and Address                              On which entry in Part 1 or Part 2 did you list the original creditor?

Debtor 1 __Gregory Keith Pate__                    Case number (if known) __19-41782__

Brian M. Cloud
Cloud, Willis & Ellis                    Line __4.9__ of (Check one):
3928 Montclair Road, Suite 227           ☐ Part 1: Creditors with Priority Unsecured Claims
Birmingham, AL 35213                     ☑ Part 2: Creditors with Nonpriority Unsecured Claims

                                         Last 4 digits of account number

| Part 4: | Add the Amounts for Each Type of Unsecured Claim |
|---|---|

6. **Total the amounts of certain types of unsecured claims.** This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

|  |  |  |  | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | Domestic support obligations | 6a. $ | 0.00 |
|  | 6b. | Taxes and certain other debts you owe the government | 6b. $ | 35,000.00 |
|  | 6c. | Claims for death or personal injury while you were intoxicated | 6c. $ | 0.00 |
|  | 6d. | Other. Add all other priority unsecured claims. Write that amount here. | 6d. $ | 0.00 |
|  | 6e. | **Total Priority. Add lines 6a through 6d.** | 6e. $ | **35,000.00** |

|  |  |  |  | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | Student loans | 6f. $ | 0.00 |
|  | 6g. | Obligations arising out of a separation agreement or divorce that you did not report as priority claims | 6g. $ | 0.00 |
|  | 6h. | Debts to pension or profit-sharing plans, and other similar debts | 6h. $ | 0.00 |
|  | 6i. | Other. Add all other nonpriority unsecured claims. Write that amount here. | 6i. $ | 677,078.95 |
|  | 6j. | **Total Nonpriority. Add lines 6f through 6i.** | 6j. $ | **677,078.95** |