# Notice Recipients

District/Off: 1126–1     User: admin     Date Created: 6/8/2020

Case: 19–41782–JJR7     Form ID: 318     Total: 45

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| tr | Rocco J Leo | rleo@leoandoneal.com |
| aty | Jackson E Duncan, III | jackson.duncan@mccalla.com |
| aty | Leonard N Math | noticesnd@chambless–math.com |
| aty | Max C. Pope, Jr | max@maxpopejr.com |
| aty | Robert D McWhorter, Jr | rdmcwhorter@bellsouth.net |
| aty | Robert John Fehse, Jr | rfehse@evanspetree.com |
| aty | Zack M. Azar | zazar@azarlaw.com |

TOTAL: 7

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | Gregory Keith Pate | 1196 Amason Road    Lineville, AL 36266 |
| cr | PRA Receivables Management, LLC    PO Box 41021    Norfolk, VA 23541 |
| cr | Alabama Home Builders Self Insurers Fund    c/o Zack M. Azar    Azar & Azar, L.L.C.    4276 Lomac Street    Montgomery, AL 36106 |
| cr | FORD MOTOR CREDIT COMPANY, LLC    C/O CHAMBLESS MATH & CARR,PC    P.O. BOX 230759    MONTGOMERY, AL 36123 |
| cr | TD Auto Finance, LLC    1715 Aaron Brenner Drive, Suite 800    Memphis, TN 38120 |
| smg | Robert Landry    BA Anniston    1129 Noble Street    Room 117    Anniston, AL 36201 |
| 10279594 | AT&T Mobility    c/o Credence Resource Mgt.    6045 Atlantic Blvd, Ste. 210    Norcross, GA 30071 |
| 10267290 | Alabama Dept of Revenue    50 North Ripley Street    Montgomery, AL 36132 |
| 10279590 | Alabama Home Builders Self Insurers Fund    c/o Zack Michael Azar    4276 Lomac Street    Montgomery, AL 36106 |
| 10267292 | American Wallzone    2520 Pelham Parkway    Pelham, AL 35124 |
| 10267313 | Brian M. Cloud    Cloud, Willis & Ellis    3928 Montclair Road, Suite 227    Birmingham, AL 35213 |
| 10267293 | Capital Merchant Services    2 Rector Street    New York, NY 10006 |
| 10267286 | Chase Auto Finance    P.O. Box 78232    Phoenix, AZ 85062 |
| 10267294 | Credibily    1250 Kirts Blvd.    Suite 100    Troy, MI 48084 |
| 10267295 | Everest Business Funding    8200 NW 52nd Terrace    2nd Floor    Miami, FL 33166 |
| 10267296 | Floors To Go    215 East H Street    Anniston, AL 36207 |
| 10267287 | Ford Motor Credit    P.O. Box 790093    Saint Louis, MO 63179 |
| 10267288 | Fort McClellan Credit Union    1731 Noble Street    Anniston, AL 36201 |
| 10267297 | Forward Financing    36 Broomfield St.    2nd Floor    Boston, MA 02108 |
| 10267299 | HPC Installation    3600 American Drive    Atlanta, GA 30341 |
| 10267298 | Howard Payne Co.    3600 American Drive    Atlanta, GA 30341 |
| 10267291 | Internal Revenue Service    Centralized Insolvency Operations    P.O. Box 7346    Philadelphia, PA 19101–7346 |
| 10267300 | Jacksonville Home Center    200 Coffee St. SW    Jacksonville, AL 36265 |
| 10267301 | Kemp Flooring    825 Snow Street    Oxford, AL 36203 |
| 10267302 | Lighting Showroon    1700 S. Quintard Ave    Anniston, AL 36201 |
| 10267303 | MediCredit, Inc.    13730 South Point Blvd.    Charlotte, NC 28273 |
| 10267304 | Overhead Door Company    P.O. Box 1933    Anniston, AL 36206 |
| 10267305 | Oxford Lumber    P.O. Box 7158    Oxford, AL 36203 |
| 10268109 | PRA Receivables Management, LLC    PO Box 41021    Norfolk, VA 23541 |
| 10267306 | Pearl Capital    525 Washington Blvd    Jersey City, NJ 07310 |
| 10279591 | Progressive Speciality Ins. Co.    c/o Credit Collection Services    725 Canton St.    Norwood, MA 05062 |
| 10267307 | RO Supply    P.O. Box 2902    Anniston, AL 36202 |
| 10267308 | Sunbelt Rentals    1450 Howell Mill Road NW    Atlanta, GA 30318 |
| 10267309 | Synchrony Bank    P.O. Box 960061    Orlando, FL 32896 |
| 10267289 | TD Auto Finance    P.O. Box 100295    Columbia, SC 29202 |
| 10267310 | Unifirst    907 3rd Ave. N    Birmingham, AL 35203 |
| 10267311 | United Rentals    1214 Hamric Drive West    Oxford, AL 36203 |
| 10267312 | Wellborn Cabinets    P.O. Box 1210    Ashland, AL 36251 |

TOTAL: 38